No. 01–1845. BONVILLAIN ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–1848. SMYTH ET AL. *v.* RIVERO, COMMISSIONER, VIRGINIA DEPARTMENT OF SOCIAL SERVICES. C. A. 4th Cir. Certiorari denied.

No. 01–1849. INFINITE PICTURES, INC. *v.* INTERACTIVE PICTURES CORP., FKA OMNIVIEW, INC. C. A. Fed. Cir. Certiorari denied.

No. 01–1850. MADGE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 01–1852. JUDICIAL COUNCIL FOR THE SUPERIOR COURT OF GUAM *v.* PANGELINAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1853. GARDINER *v.* GARDINER. Sup. Ct. Kan. Certiorari denied.

No. 01–1854. LUNDY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–1855. LEMELSON MEDICAL, EDUCATION & RESEARCH FOUNDATION *v.* SYMBOL TECHNOLOGIES ET AL. C. A. Fed. Cir. Certiorari denied.

No. 01–1856. HAYWOOD *v.* FERGUSON, JUDGE, UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–1857. HERSCHAFT *v.* NEW YORK BOARD OF ELECTIONS. C. A. 2d Cir. Certiorari denied.

No. 01–1858. IHNEN ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–1859. WHITE *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 01–1860. SOVAK ET AL. *v.* CHUGAI PHARMACEUTICAL CO. ET AL. C. A. 9th Cir. Certiorari denied.